UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cr-20083-CM |
| ) | |
| ERIC J. JOURNEY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER SETTING HEARING**

Judgment entered in this case on April 27, 2009, ordered defendant to pay restitution of $1,613,396 (ECF No. 29). On November 25, 2019, upon the application of the government (ECF No. 31), the Clerk of Court issued a writ of continuing garnishment to Romanelli Optix LLC, defendant's employer, based on the balance remaining on the restitution award (ECF No. 32). Romanelli Optix LLC filed its answer to the writ on December 9, 2019 (ECF No. 34), and defendant filed a timely objection to the answer under 28 U.S.C. § 3205 (ECF No. 35). The court therefore sets this matter for hearing on **January 21, 2020, at 2:00 p.m.** in Courtroom 223 of the United States Court House before the undersigned U.S. magistrate judge.

The Clerk is directed to mail a copy of this order to the pro se defendant via regular and certified mail.

Dated January 6, 2020, at Kansas City, Kansas.

s/ James P. O'Hara

James P. O'Hara
U.S. Magistrate Judge